AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of South Dakota
Western Division

**FILED**

**JAN 3 0 2019**

*Matthew ____*
CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ziad Mustafa Belhage, | )  Case No. 5:19-mj- 20 |
| | ) |
| ———————————————— | ) |
| *Defendant(s)* | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  January 27, 2019                       in the county of  Pennington                    in the

District of South Dakota, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

On or about January 27, 2019, at Rapid City, in the District of South Dakota, the defendant, Ziad Mustafa Belhage, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, to wit, a Springfield, model XD 40, .40 caliber, semi-automatic pistol, bearing serial number S3523685, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Chad Sayles, ATF Task Force Officer
*Printed name and title*

Sworn to before me and:  ☒ signed in my presence.
                         ☐ submitted, attested to, and acknowledged by reliable electronic means.

Date:  1-30-19

_____
*Judge's signature*

City and state:  Rapid City, SD

Daneta Wollmann, United States Magistrate Judge
*Printed name and title*